OPINION — AG — **** EMPLOYMENT MENTAL DEFICIENT PERSONS **** THE OKLAHOMA MINIMUM WAGE ACT, 40 O.S. 1971 197.1 [40-197.1] ET SEQ., AS AMENDED, DOES NOT EXPRESSLY OR IMPLIEDLY REPEAL 43A O.S. 1971 191 [43A-191]. A CERTIFICATE PURSUANT TO 40 O.S. 1978 Supp., 197.11 [40-197.11](B) IS NOT A PREQUISITE TO USE OF OR COMPENSATION TO PATIENTS IN STATE MENTAL HOSPITALS BY VIRTUE OF THE AUTHORIZATIONS CONTAINED IN 43A O.S. 1971 191 [43A-191]. CITE: 40 O.S. 1971 191.1 [40-191.1], 40 O.S. 1971 197.11 [40-197.11] [40-197.11] (JOHN GREGORY THOMAS)